**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Rockwell Capital Partners, et al. | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CD International Enterprises, Inc., et al. | ) |
| | )   Case No: 1:17-cv-1537 |
| | ) |
|     Defendants | ) |

### MOTION TO VACATE ORDER OF DEFAULT AND DEFER DOCKETING OF ACCOMPANYING VERIFIED ANSWER TO AMENDED COMPLAINT UNTIL DISPOSITION OF RULE 12 MOTIONS OR THE FILING OF A LINE INDICATING NO RULE 12 MOTIONS WILL BE FILED

Defendant Yuejian James Wang ("Dr. Wang"), by and through undersigned counsel, hereby files the instant motion pursuant to Federal Rule 55(c) and Local Rule 7(g). In support, Dr. Wang hereby incorporates the accompanying Statement of Specific Points of Law and Authority supporting the instant motion and all exhibits attached thereto. As further discussed therein and in Dr. Wang's Verified Answer, which is attached to the instant motion as "**Exhibit A**", the Court's order of default dated April 8, 2019 (the "Default Order") must be vacated because (a) Dr. Wang had good cause for not responding to the Amended Complaint, as Plaintiffs failed to properly serve Dr. Wang with process; (b) the Verified Answer establishes a meritorious defense to Plaintiffs' standing claim (Claim One) against Dr. Wang; and (c) Plaintiffs will suffer no prejudice if the Default Order is vacated.

WHEREFORE, for the reasons stated herein and through the incorporated papers, and for good cause shown, Dr. Wang respectfully requests that this Court:

    A.  Vacate the Default Order;

B. Dismiss this action against Dr. Wang because of ineffective service of process; or

C. Alternatively, defer the docketing of the Verified Answer until Dr. Wang files a Rule 12 motion or files a line stating he will not file a Rule 12 motion.

Dated: May 14, 2019

                                              Respectfully submitted,

/s/ Gregory A. Dorsey
Gregory A. Dorsey
Bar No. MD0047
Kelly Dorsey, P.C.
10320 Little Patuxent Parkway
Suite 608
Columbia, Maryland 21044
Telephone: (410) 740-8750
Facsimile: (443) 542-0069
gdorsey@kellydorseylaw.com

*Attorneys for Defendant Yuejian James Wang*