UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCKWELL CAPITAL PARTNERS, INC., and SAMUEL OSHANA,<br><br>        Plaintiffs,<br><br>-against-<br><br>CD INTERNATIONAL ENTERPRISES, INC., and HENRY L. KLEIN,<br><br>        Defendants. | **NOTICE OF MOTION TO LIFT THE STAY OF PROCEEDINGS AGAINST CDII**<br><br>Civil Action No. 2017-1537<br><br>Hon. Christopher R. Cooper |

**PLEASE TAKE NOTICE** that, upon the attached Declaration of Nicole A. Sullivan, dated October 3, 2019, and the exhibits annexed thereto, and upon all prior pleadings and proceedings herein, Rockwell Capital Partners, Inc. and Samuel Oshana (collectively, "Rockwell"), by and through their undersigned attorneys, White and Williams LLP, will move this Court, before the Honorable Christopher R. Cooper, in the Courthouse located at 333 Constitution Avenue N.W., Washington D.C. 20001 on October 25, 2019 at 9:30 a.m., or on a date and time to be determined by the Court, for an Order lifting the stay of proceedings against Defendant CD International Enterprises, Inc. ("CDII"), and granting such other and further relief as this Court may deem just and proper.

-2-

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 7, answering affidavits, if any, must be served upon the undersigned within fourteen (14) days after service of this motion.

Dated: October 3, 2019

                                                  Respectfully submitted,

                                                  WHITE AND WILLIAMS LLP

                                                         s/Nicole A. Sullivan
                                                Nicole A. Sullivan
                                                Thomas E. Butler
                                                sullivann@whiteandwilliams.com
                                                7 Times Square, Suite 2900
                                                New York, New York  10036
                                                Telephone:  212-631-4420

                                                And,

                                                Christopher M. DiMuro
                                                DiMuroc@whiteandwilliams.com
                                                (DC Bar ID: 475865)

                                                *Attorneys for Plaintiffs Rockwell Capital Partners, Inc. and Samuel Oshana*